CSD 1001A [11/15/04]

Name, Address, Telephone No. & I.D. No.

HAEJI HONG, ATTORNEY #198503
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
(619) 557-5013

Order Entered on
January 29, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Walter E. Rockell.

Debtor-in-Possession.

BANKRUPTCY NO. 08-11691-JM11

Date of Hearing: Ex Parte
Time of Hearing: Ex Parte
Name of Judge: Hon. James W. Meyers

# ORDER DISMISSING CASE WITHOUT PREJUDICE
# FOR DEBTOR'S FAILURE TO APPEAR AT 11 U.S.C. § 341(A) MEETING OF CREDITORS

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through two (2) with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 28

//
//
//
//
//
//

DATED: January 29, 2009

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

OFFICE OF THE UNITED STATES TRUSTEE

/s/ Haeji Hong
Haeji Hong
Attorney for the United States Trustee

CSD 1001A

CSD 1001A [11/15/04] (Page 2)
ORDER DISMISSING CASE WITHOUT PREJUDICE FOR DEBTOR'S FAILURE TO APPEAR AT 11 U.S.C. § 341(A) MEETING OF CREDITORS
DEBTOR: WALTER E. ROCKELL                                              CASE NO: 08-11691-JM11

This matter came before the Court on the United States Trustee's Ex-Parte Motion to Dismiss Case for Debtor's Failure to Appear at 11 U.S.C. § 341(a) Meeting Pursuant to Federal Rules of Bankruptcy Procedure 1007 ("Ex-Parte Motion"). Based upon the Ex-Parte Motion, and for good cause,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The above-entitled case is dismissed without prejudice.

2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Bankruptcy Local Rule 7041-3.

3. All stays now in effect for this case are vacated.

4. The court explicitly retains jurisdiction for 180 days after the date of the entry of this order for purposes of adjudicating any proceedings pertaining to 11 U.S.C. § 110.

CSD 1001A

*Signed by Judge James W. Meyers January 29, 2009*