# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | WALTER E. ROCKELL | | |
| **Case Number:** | 08-11691-JM11 | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, OCTOBER 23, 2009 10:00 AM   DEPARTMENT 1 | | |
| **Bankruptcy Judge:** | JAMES W. MEYERS | | |
| **Courtroom Clerk:** | MARCIA PEARSON | | |
| **Reporter / ECR:** | NANCY WINGIS | | |

### *Matter:*

UST'S MOTION TO DISGORGE FEES AND IMPOSE FINES (fr. 8/28/09)

### *Appearances:*

HAEJI HONG, ATTORNEY FOR UNITED STATES TRUSTEE

### *Disposition:*

Granted.